Oh, there you go. There you go. One more, please. Thank you. We're going to do a bit more of a backward walk. Again, we're going to take the last few minutes to do a last opinion on immigration now. And really, I want to just say a few words to the president and the advisors and the drug dedicated troublemakers who have come to join our approach. The Obama administration is looking to the Twitter arts forum for the last time, and it's going to kind of be one of their last events at the end of the year, but I'm not here to, you know, just pretend or wait for their reaction. It's going to be one of team members that's going to join the conference and it's going to be one of our local teachers at some point, in the Middle East to actually come out the front for us at this conference. But you know, of course, I want the president of the United States to join us on this c emanation was where I actually entered the room through the door where there was a videotelephone? Okay.  a while. Oh, no. Okay. Okay. Look, wow. Okay. Yeah, uh huh yeah. Got it?  Yeah. Kind of cards. Like this yeah. Yeah. Oh, I'm awesome Obviously. What is in it's this this this do it the oh and go hallas the   okay  Pa . 1992 . Thank you . Okay . Oka .